*Platt,* for plaintiff.
*Rodney,* for defendant.

---

GEORGE B. EWART, d. b, appellant *vs.* STEPHEN W. MORRELL, p. b., respondent

A blacksmith's day book is a book of original entries, though memorandums of the charges be first made upon a slate.

APPEAL from the judgment of a justice of the peace, in an action of assumpsit.

The plaintiff offered in evidence his book of original entries to prove his account, which was for work done by him as a blacksmith, and on his voire dire stated that the entries were usually made on a slate during the day, and transferred to this book by himself or by a clerk at night.

*Mr. Wales* objected to this book going in evidence; and—

The court admitted it.

Verdict for plaintiff.

*Platt,* for plaintiff.
*Wales,* for defendant.